TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-01-00315-CV






In re Founders Acquisition & Merger, Inc.






ORIGINAL PROCEEDING FROM TRAVIS COUNTY 







 Founders Acquisition and Merger, Inc. filed a petition for writ of mandamus seeking
to vacate as void the trial court order of February 26, 2001, vacating a default judgment previously
rendered on October 13, 2000. We have granted the relief Founders sought in its appeal, docketed
as our cause 03-01-00155-CV. Founders Acquisition and Merger, Inc. v. Penny, No. 03-01-00155-CV (Tex. App.--Austin March 14, 2002, no pet. h.) (not designated for publication). Accordingly,
we dismiss as moot the petition for writ of mandamus.



 

 Marilyn Aboussie, Chief Justice

Before Chief Justice Aboussie, Justices Yeakel and Patterson

Filed: March 14, 2002

Do Not Publish